**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**



2007 NOV 13   PM 2: 25

CLARENCE ......
CLERK U.S. DIST. CT
S.D. OF FL.- MIAMI

Ahmed JAMALOODEEN )
)
Plaintiff, )
)
v. )
)
MICHAEL CHERTOFF, Secretary, Department )
Of Homeland Security; EMILIO T. GONZALEZ, as )
Director of the Bureau of Citizenship and Immigration )
Services, LINDA SWACINA, As Director )
of its Miami Office, and ROBERT C. MUELLER III )
as Director of the Federal Bureau of Investigation )
)
)
Defendants. )

07-22943
CIV-HOEVELER

No: _____ MAGISTRATE JUDGE
BROWN

Petition for a Hearing on
Naturalization Application
under 8 U.S.C. § 1447(b)

    Petitioner, Ahmed Jamaloodeen respectfully requests a hearing before this Court to make a determination on his naturalization application, for the reasons set forth below:

    1.    Petitioner is a U.S. lawful permanent resident, who resides within the jurisdiction of this Court. His claim to naturalization arises under 8 U.S.C. § 1447(b).

    2.    Respondents are the U.S. Secretary of the Department of Homeland Security, ("DHS") the Director of the U.S. Citizenship and Immigration Services ("USCIS"), the Director of the USCIS Miami District Office, and the Director of the Federal Bureau of Investigation ("FBI"). DHS and USCIS are responsible for the grant or denial of naturalization applications filed pursuant to 8 U.S.C. § 1421, 8 U.S.C. § 1427, 8 C.F.R. § 103.1(g)(2)(ii), 8 C.F.R. § 310.2, and 8 C.F.R. § 316.3, and the FBI is responsible for conducting background checks on applicants for naturalization.

    3.    This Court has jurisdiction over this petition pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 2201.

    4.    On or about December 20, 2004, Petitioner filed his application for naturalization

with the Texas Service Center USCIS.  On or about September 26, 2005, Petitioner was interviewed and examined on his naturalization application at the Miami Naturalization Office of the USCIS.  A copy of the application and receipt are attached to this Petition as Exhibit 1.

     5.     At the examination, Petitioner satisfied all of the respective requirements, responded truthfully to all questions, provided all requested information and passed the tests of English and U.S. history and government.  The USCIS issued him a notice stating that he had passed the tests but that a decision could not be made about his application.  The USCIS did not request any additional evidence or information.  A copy of the notice is attached as Exhibit 2.

     6.     More than 120 days have passed since the initial examination, and Respondents have made no decision on Petitioner's application.

     7.     Respondents' failure to make a determination on Petitioner's application within the 120-day statutory period entitles Petitioner to bring this matter before this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

     8.     Petitioner desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized.  In the alternative, Petitioner desires that the Court remand the application to CIS for immediate adjudication.

     WHEREFORE, Petitioner requests that the Court:

          1.     Grant this petition for a hearing and enter a judgment that Petitioner is entitled to a hearing on his naturalization application, or in the alternative, remand the application to CIS for immediate adjudication and enter a judgment that Petitioner is entitled to an adjudication within 15 days of said order;

          2.     Grant attorney's fees and costs

          3.     Grant such other and further relief as may be appropriate.

     RESPECTFULLY SUBMITTED this 6th day of November 2007.

Barry Lieber, Attorney at Law

By: _____

Barry Lieber, Esq.
Attorney for Petitioner
Info@barrylieber.com
1001 Brickell Bay Drive, Suite 1704
Miami, FL 33131
Tel: 305-374-3860
Fax: 305-374-6495

## CERTIFICATE OF SERVICE

I HEREY CERTIFY that I have this _____ day of _____, 2007,
served counsel of record in the foregoing matter with one copy of the foregoing
PETITION FOR HEARING ON NATURALIZATION APPLICATION by having
hand-delivered a copy of the same as follows:

U.S. Attorney's Office
99 N.E. 4th St.
Miami, FL  33132

I HEREBY CERTIFY that the foregoing PETITION FOR HEARING ON
NATURALIZATION APPLICATION was served by Certified mail, Postage Pre-
paid on:

Michael Chertoff
Secretary, Department of Homeland Security
Washington, DC  20528

Emilio T. Gonzalez
United States Citizenship and Immigration Services
425 I St. N.W.
Washington, DC  20536

Linda Swacina
Director of the Miami District Office
Citizenship and Immigration Services
7880 Biscayne Blvd.
Miami, FL  33138

Robert S. Mueller III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

On this _13_ day of _November_, 2007

Barry Lieber, Esq.
Florida Bar No.: 946028
info@barrylieber.com
1001 Brickell Bay Dr.
Suite 1704
Miami, FL  33131
305-374-3860 tel.
305-374-6495 fax

# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt with Exception | | NOTICE DATE December 24, 2004 |
| --- | --- | --- |
| CASE TYPE  N400   Application For Naturalization | | INS A# A 075 436 537 |
| APPLICATION NUMBER  SSC*000811550 | RECEIVED DATE  December 20, 2004 | PRIORITY DATE  December 20, 2004 | PAGE  1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AHMED JAMALOODEEN
# 216
20533 BISCAYNE BLVD
MIAMI FL  33180

PAYMENT INFORMATION:

Single Application Fee:       $390.00
Total Amount Received:       $390.00
Total Balance Due:               $0.00

ılıllıılllı.llıllıı

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              September 17, 1970
Address Where You Live:   12102 NW 47 MANOR
                         CORAL SPRINGS FL 33076

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within  730  days of this notice.

**IMPORTANT NOTICE:**  All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P. O. BOX 851488
MESQUITE TX 78185-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

SSC$000781396



Form I-797C (Rev. 08/01/04) N

-2005  8:52AM     FROM

...ment of Homeland Security
Citizenship and Immigration Service

**I-797C, Notice of Action**

# UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | | | NOTICE DATE<br>May 31, 2005 |
|---|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | | USCIS A#<br>A 075 456 537 |
| APPLICATION NUMBER<br>CSC*000811550 | RECEIVED DATE<br>December 20, 2004 | PRIORITY DATE<br>December 20, 2004 | | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AHMED JAMALOODEEN
c/o JULIO A PADILLA
LAW OFFICES OF JULIO A PADILLA
407 LINCOLN RD STE 9A
MIAMI BEACH FL 33139

Please come to:

MIAMI CITIZENSHIP CENTER
77 SE FIFTH ST
2ND FLOOR
NATURALIZATION INTERVIEW
MIAMI FL 33131
On (Date):  Monday, September 26, 2005
At (Time):  10:10 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately... to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking ... unless for the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or unless you are living in the United States for a total of ... years as a ... and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N-648 Medical Certification for Disability Exception, with ... N400 Application for Naturalization).

You MUST BRING the following with you to the interview:

- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;

- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;

- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact USCIS at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

INS Office Address:

US IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BLVD
MIAMI FL 33138

INS Customer Service Number:

(800) 375-5283 *

**REPRESENTATIVE COPY**

Form I-797C (Rev. 09/07/04) N

*disposition

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0145
**Application for Naturalization**

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name **JAMALOODEEN** | Given Name **AHMED** | Middle Initial |

**U.S. Mailing Address** - Care of:

| | |
|---|---|
| Street Number and Name   3400 NE 192 Street, | Apt. #   1910 |

| | |
|---|---|
| City   Aventura | County   Miami-Dade |

| | |
|---|---|
| State   Florida | Zip Code   33180 |

| | |
|---|---|
| Date of Birth (month/day/year)   09/17/1970 | Country of Birth   Durban, S.A |

| | |
|---|---|
| Social Security #   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 | A #   75 436 537 |

### Part 2.  Basis for Eligibility  (check one).

a. ☐  I have been a permanent resident for at least five (5) years.

b. ☒  I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐  I am a permanent resident child of United States citizen parent(s).

d. ☐  I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e. ☐  Other.  (Please specify section of law) _____

### Part 3.  Additional Information about you.

| | |
|---|---|
| Date you became a permanent resident (month/day/year)   06/04/1998 | Port admitted with an immigrant visa or INS Office where granted adjustment of status.   Miami, FL |

Citizenship
South Africa

Name on alien registration card (if different than in Part 1)
same

Other names used since you became a permanent resident (including maiden name)
none

| Sex  ☒ Male  ☐ Female | Height   5'9" | Marital Status | ☐ Single  ☒ Married | ☐ Divorced  ☐ Widowed |
|---|---|---|---|---|

Can you speak, read and write English?        ☐No ☒Yes.

**Absences from the U.S.**

Have you been absent from the U.S. since becoming a permanent resident?     ☐ No ☒ Yes

If you answered "Yes", complete the following.  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

Form N-400 (Rev. 07/17/91)N            *Continued on back.*

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| ☐ Applicant Interviewed | |

**At Interview**
☐ request naturalization ceremony at court

**Remarks**

**Action**

To be completed by
**Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#
SEE G-28

ATTY State License #
See G-28

## Part 4.  Information about your residences and employment.

A.   List your addresses during the last five (5) years or since you became a permanent resident, whichever is less.  Begin with your current address.  If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | | | | | Dates (month/day/year) | |
|---|---|---|---|---|---|---|
| | | | | | From | To |
| 3400 NE 192nd Street, #1910 | Aventura | FLORIDA | USA | 33180 | 2/2000 | present |
| 19355 NE 36th Court, #15G | N. Miami Beach | FL | | 33180 | 11/98 | 2/2000 |
| 1240 SW 20th Avenue, | Boca Raton | FL | | 33486 | 10/96 | 11/98 |

B.   List your employers during the last five (5) years.  List your present or most recent employer first.  If none, write "None".  If you need more space, continue on separate paper:

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Number and Name, City, State, Country, Zip Code | From | To | |
| self-employed | | 11/98 | present | Auto Exporter |
| Auto Panache | 1301 E. Sunrise Blvd., Ft. Lauderdale FL | 6/96 | 11/98 | Auto Exporter |
| | | | | |
| | | | | |

## Part 5.  Information about your marital history.

A.   Total number of times you have been married __1__.  If you are now married, complete the following regarding your husband or wife.

| Family name          HURLEY | Given name          REGINA | Middle initial |
|---|---|---|

| Address          3400 NE 192 ST., #1910 | AVENTURA, FL 33180 |
|---|---|

| Date of birth (month/day/year)          10/20/1967 | Country of birth USA | Citizenship USA |
|---|---|---|

| Social Security#          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 | A# (if applicable) | Immigration Status (If not U.S. citizen) |
|---|---|---|

| Naturalization(if applicable) (month/day/year) | Place          (City, State) | |
|---|---|---|

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper:  Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6.  Information about your children.

B.   Total number of Children __0__.  Complete the following for each of your children.  If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence.  If deceased, write "deceased" in the address column.  If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form N-400 (Rev. 07/17/91)N                    *Continued on next page*

*Continued on back*

---

## Part 7.   Additional eligibility factors.

Please answer each of the following questions.  If your answer is "Yes", explain on a separate paper.

1. Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group or person, ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes  ☒ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party of SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany  ☐ Yes  ☒ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes  ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes  ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces  ☐ Yes  ☒ No
5. Have you ever failed to comply with Selective Service laws?  ☐ Yes  ☒ No
   If you have registered under Selective Service laws, complete the following information:
   Selective Service Number:_____  Date Registered: _____
   If you registered before 1978, also provide the following:
   Local Board Number: _____  Classification: _____
6. Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons?  ☐ Yes  ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes  ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes  ☒ No
9. Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes  ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes  ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes  ☒ No
12. Have you ever:
    a. been a habitual drunkard?  ☐ Yes  ☒ No
    b. advocated or practiced polygamy?  ☐ Yes  ☒ No
    c. been a prostitute or procured anyone for prostitution?  ☐ Yes  ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes  ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes  ☒ No
    f. received income from illegal gambling?  ☐ Yes  ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes  ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes  ☒ No
14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?  ☐ Yes  ☒ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes  ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes  ☐ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

---

## Part 8.   Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.?  ☒ Yes  ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S. (see instructions)  ☒ Yes  ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☒ Yes  ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☒ Yes  ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

---

*Continued on back*

## Part 9.   Memberships and Organizations

A.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.  Include any military service in this part.  If none, write "none".  Include the name of organization, location, dates of membership and nature of the organization.  If additional space is needed, use separate paper.

South African        Medical Association 1996 to present                                              1996           present

## Part 10.   Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?   ☐ One    ☐ Both    (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Initial |
|---|---|---|
| Address | | |

| Basis of citizenship: | Relationship to you (check one:):   ☐ natural parent    ☐ adoptive parent |
|---|---|
| ☐ Birth | |
| ☐ Naturalization Cert. No. | ☐ parent of child legitimated after birth |

If adopted or legitimated after birth, give date of adoption, or, legitimation: (month/day/year) _____

Does this parent have legal custody of you?   ☐ Yes    ☐ No

*(Attach a copy of relating evidence to establish that you are the child of the U.S. citizen and evidence of this parent's citizenship.)*

## Part 11.   Signature   *(Read the information on the penalties in the instructions before completing this section.)*

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct.  I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____ M.D.                                                                   Date  5/14/01

Please Note:   If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12.   Signature of person preparing form if other than above.   *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature _____          Print your Name                            Date
                                        Stephen R. Kain                          5/14/01

Firm Name and Address        Polatsek and Sclafani
                             2455 E. Sunrise Blvd., #1216, Fort Lauderdale FL  33304

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages,  1 through_____, and that the corrections, numbered 1 through_____, were made at my request and that this amended application, is true to the best of my knowledge and belief.

_____
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____
(Examiner's Signature)          Date

Form N-400 (Rev. 07/17/92)N                                                      FPI-LOM

## Dr. Ahmed Jamaloodeen

Miscellaneous day trips to Bahamas for business between 6/98 and 7/99

| Date left US | Date Returned US | Destination | Reason for Trip |
|---|---|---|---|
| 7/29/1999 | 7/31/1999 | Bahamas | Business |
| 8/3/1999 | 8/10/1999 | Bahamas | Business |
| 11/16/1999 | 12/24/1999 | UK | Business |
| 4/12/2000 | 4/14/2000 | Bahamas | Business |
| 5/5/2000 | 5/31/2000 | UK | Business |
| 8/12/2000 | 8/16/2000 | Bahamas | Business |
| 10/9/2000 | 10/11/2000 | Bahamas | Business |
| 10/20/2000 | 12/11/2000 | South Africa | Family |
| 1/9/2001 | 1/11/2001 | Bahamas | Business |
| 2/4/2001 | 2/5/2001 | Bahamas | Business |
| 4/26/2001 | 4/29/2001 | Bahamas | Business |
| 7/28/2001 | 9/10/2001 | UK | Business |
| 11/19/2001 | 11/29/2001 | UK | Business |
| 1/19/2002 | 2/2/2002 | Bahamas | Business |
| 3/24/2002 | 3/28/2002 | Bahamas | Business |
| 7/21/2002 | 7/24/2002 | Bahamas | Business |
| 9/6/2002 | 9/15/2002 | UK | Business |
| 10/8/2002 | 11/10/2002 | UK | Business |
| 1/11/2003 | 1/16/2003 | Haiti | Business |
| 7/19/2003 | 8/15/2004 | UK | Business |
| 6/12/2004 | 6/19/2004 | Bahamas | Business |
| 7/17/2004 | 7/25/2004 | South Africa | Family |
| 8/7/2004 | 8/15/2004 | South Africa | Family |

# EXHIBIT 2

Department of Homeland Security
Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 75436537

On 9-30-05, you were interviewed by USCIS officer M(etman)

] You passed the tests of English and U.S. history and government.

] You passed the tests of U.S. history and government and the English language requirement was waived.

] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

] You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

] Please follow the intructions on Form N-14.

] USCIS will send you a written decision about your application.

] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** ✓ **A decision cannot yet be made about your application.**

It is very important that you:

☑ Notify USCIS if you change your address.

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

JS 44  (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ahmed Jamaloodeen | Michael Chertoff, et al. |

**07-22943**
**CIV-HOEVELER**

**(b)** County of Residence of First Listed Plaintiff   **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Barry Lieber, Esq.
1001 Brickell Bay Drive, Suite 1704
Miami, FL 33131
305-374-3860  info@barrylieber.com

Attorneys (If Known)

**MAGISTRATE JUDGE
BROWN**

**(d)** Check County Where Action Arose:  ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE
HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
        Plaintiff

☐ 3  Federal Question
        (U.S. Government Not a Party)

☑ 2  U.S. Government
        Defendant

☐ 4  Diversity
        (Indicate Citizenship of Parties in Item III)

DADE-07-22943-CU-Hoeveler- Brown

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☑ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☑ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Re-filed-
        (see VI below)

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to District
        Judge from
        Magistrate
        Judgment

**VI. RELATED/RE-FILED
CASE(S).**

(See instructions
second page):

a) Re-filed Case ☐ YES  ☑ NO        b) Related Cases ☐ YES  ☑ NO

JUDGE _____        DOCKET
                                         NUMBER _____

**VII. CAUSE OF
ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

8 U.S.C. Section 1447(b)

LENGTH OF TRIAL via  1 ___ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO
THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
November 12, 2007

**FOR OFFICE USE ONLY**

AMOUNT  350 —   RECEIPT #  969793   IFP