AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-14-07 |
| NAME OF SERVER (PRINT) ENRIQUE FERNANDEZ | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Substituded Service on NATTIE MATOS receptionist

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-14-07
Date

Signature of Server

Address of Server: 10290 SW 92nd ter. Miami FL 33176

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **07-22943-CIV-HOEVELER**
MAGISTRATE JUDGE BROWN

Ahmed Jamaloodeen

        Plaintiff

v.

Michael Chertoff, et. al.

        Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Office of the U.S. Attorney
99 N.E. 4th St.
Miami, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry Lieber, Attorney at Law
1001 Brickell Bay Drive, Suite 1704
Miami, FL 33131
info@barrylieber.com
Tel: 305-374-3860
Fax: 305-374-6495

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**                                            11/13/2007
CLERK OF COURT                                             DATE

(BY) DEPUTY CLERK