# Exhibit A



07-22943 -
Hoeveler
ANSA White

U.S. Citizenship and Immigration Services
77 SE 5th Street, 2nd Floor
Miami, FL 33131

Ahmed Jamaloodeen          File No.: A 075 436 537
2425 Bay View Drive, # 216  Date: December 10, 2007
Ft. Lauderdale, FL 33305    Officer: (E)

Examination of your application (N400) shows that additional information, documents or forms are needed before your application can be acted upon. Please RETURN THIS LETTER WITH REQUESTED INFORMATION and/or DOCUMENTS on: U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
77 S.E. 5th Street
Miami Florida 33131

MAR 18 2008    2:00 p.m

*Failure to do so may result in the denial of your application.*

Form N-14

ATTACHMENT TO FORM N-14

NAME: Ahmed Jamaloodeen        FILE NO: A 075 436 537

You must bring the following information or document (s) checked ☒ to your next interview (see Form N-14). Failure to do so may result in denial of your application.

☐ Government Test    ☐ Writing Test    ☐ Reading Test    ☐ Complete Preliminary Examination

☐ Proof of your continuous residence & your physical presence in the U.S. from _____ to **Present** including (1) passports, (2) proof of income or means of support, (3) rent/mortgage statements & utility bills, (4) bank, credit card & loan statements showing regular transactions, (5) car registration & insurance & (6) school records. **Bring all original documents and a photocopy of each document.**

☐ A list of trips made outside the U.S. from _____ to **Present** with the date of departure, the date of return, the destination & the reason for each trip and all passports.

☐ A list of all your addresses from _____ to **Present**.

☐ A list of all your employers with addresses, from _____ to **Present**. If you were unemployed, included the dates of your unemployment.

☐ Original Marriage Certificate, Original evidence of your spouse's citizenship, proof that the marriage is in good standing. **Bring all original documents and a photocopy of each document.**

☐ Transcript of your Driver's Record for the last 7 years. Applications are obtainable from the Department of Motor Vehicles.

☒ **CERTIFIED** copies of the **ARREST REPORT** AND **FORMAL CHARGES, FINAL DISPOSITION, JUDGMENT,** and **SENTENCE** for:

**Municipal Ordinance Violation on January 5, 2007 by the Fort Lauderdale Police Department**

_____    _____

_____    _____

☐ A *certified* police clearance from all the jurisdictions, where you have been residing from _____ to **Present**.

☐ A letter from your religious denomination that you are a member in good standing. A statement from your religious denomination regarding its principle regarding the bearing of arms **and** a statement expressing your own personal beliefs about the same.

☐ Evidence of registration with the Selective Service before the age of 26. **IF YOU DID NOT REGISTER BEFORE THE AGE OF 26, SUBMIT BOTH**: a letter of explanation as to the reason you failed to register & a letter from Selective Service as to whether they had written to you notifying you to register.
For proof of registration or a letter from Selective Service, call **(888) 655-1825** or **(847) 688-6888**. *If you are under 26 and need to register, applications are available at the Post Office.*

☐ Proof of child support payments from _____ to **Present**. Please include your Divorce Decree and/or Court Order concerning the matter of child support. **Bring all original documents and a photocopy of each document.**

☐ Two Color Photos. The photos must be glossy, unretouched and unmounted, and have a white background. Dimension of the face should be about 1 inch from chin to top of hair. All photos must meet the specifications for full frontal/passport photos.

☒ **FAILURE TO APPEAR AT YOUR SCHEDULED APPOINTMENT MAY RESULT IN THE DENIAL OF YOUR APPLICATION.**

☐ _____

## YOU MUST BRING ALL ORIGINAL DOCUMENTS AND A PHOTOCOPY OF EACH DOCUMENT TO YOUR INTERVIEW.

DAO Name: DF        SDAO Initials: DF
                                    REV. 9/16/98

## Instructions Concerning Arrest and Court Records

```
*******
The United States Citizenship and Immigration Services, Naturalization Branch, Miami,
Florida has provided these instructions to clarify the documentation required to process
your N-400 Application. Please read these instructions very carefully. You may present
these instructions to the appropriate law enforcement agency and/or court to assist you.
********
```

You must obtain **original or copies certified by the arresting agency and/or court** of the full disposition of all charges **for every arrest-**
**Photocopies are unacceptable**

- [✓] **If your File is unavailable**, you must request your records off microfilm or microfiche.
- [✓] **If the Arrest Report is unavailable**, you must provide official or certified evidence **from the arresting law enforcement agency** confirming unavailability of its records.
- [✓] **If the Court Record is unavailable,** you must provide official or certified evidence **from the Court(s)** having jurisdiction confirming unavailability of its records.
- [✓] **Claims of no record**, must be **certified by the Clerk of Court** in both the felony & misdemeanors divisions in the **County of arrest**.
- [✓] **Sealed records,** must be **re-opened.**
- [✓] **Evidence of conviction** must include the full disposition of all charges with the applicable section(s) of law, any fines or penalties imposed including the length of the sentence & the duration of any probationary period.
- [✓] **Cases in which all criminal charges were dropped (dismissed, expunged, diverted, Nolle Prosse, "No Papered" (No Information))** require the arrest record.
- [✓] **For cases occurring while you were a minor**, you must provide the arrest and court records. If these records are unavailable, follow the above procedures.