# Exhibit B



U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
77 SE 5th Street, 2nd Floor
Miami, Florida 33131

U.S. Citizenship
and Immigration
Services

December 11, 2007

Refer to file No. A 075 436 537

Ahmed Jamaloodeen
2425 Bay View Drive, # 216
Ft. Lauderdale, FL 33305

Please come to this office for an appointment at the location and time indicated below in connection with an official matter. Failure to appear may result in denial of your application.

| | |
|---|---|
| *OFFICE LOCATION:* | 77 SE 5th Street, 2nd Floor<br>Miami, FL 33131 |
| *DATE:* | *Friday, January 11, 2008* |
| *TIME:* | *8:00 AM* |
| *OFFICER:* | *DF* |
| *REASON FOR APPOINTMENT:* | *Further examination on your application for naturalization.*<br><br>At this interview, an officer of the U.S. Citizenship and Immigration Services will review your application, conduct an examination, and render and independent decision regarding your eligibility for naturalization. You may be represented by an attorney or other authorized representative, without expense to the government. |
| *PLEASE BRING:* | -This letter.<br>-Your Alien Registration Card.<br>-Certified copies of the arrest report and formal charges, final disposition, judgment, and sentence for Municipal Ordinance Violation on January 5, 2007 by the Fort Lauderdale Police Department.<br>-See attached instructions. |

Disregard the prior notice for your appointment on March 18, 2008 at 2:00 PM. Your new appointment has been changed for January 11, 2008 at 8:00 AM.

You must bring all original documents and a photocopy of each document to your interview.

Sincerely,

Linda Swacina
District Director

Form G-56